888

No. 392. PURE FOODS, INC. v. MINUTE MAID CORP. C. A. 5th Cir. Certiorari denied. *William C. Martin* for petitioner. *J. Thomas Gurney* for respondent.

No. 396. MILCO UNDERGARMENT CO., INC. ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *Reginald S. Hemingway* for petitioners. *Solicitor General Sobeloff, George J. Bott, David P. Findling, Dominick L. Manoli* and *Samuel M. Singer* for respondent.

No. 398. LEWIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Robert N. Gorman* and *Charles E. Lester* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 384. UNITED STATES v. HUNTER. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Solicitor General Sobeloff* for the United States. 2d 356.

No. 118, Misc. JACKSON v. ALABAMA. Court of Appeals of Alabama. Certiorari denied. *H. A. Bradshaw* for petitioner. *Si Garrett,* Attorney General of Alabama, and *James L. Screws* and *Paul T. Gish, Jr.* Assistant Attorneys General, for respondent.

No. 174, Misc. BROWN v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Maury Hughes* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *Rudy G. Rice, Frank Pinedo* and *Katherine W. Conti,* Assistant Attorneys General, for respondent.